■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LULZIM PERVIZAJ, Appellant. [926 NYS2d 838]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Wong, J.), imposed December 14, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Dillon, Balkin, Belen and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMITH, Appellant. [926 NYS2d 317]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 6, 2004 (*People v Smith,* 13 AD3d 401 [2004]), affirming a judgment of the Supreme Court, Kings County, rendered March 3, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN VELARDO, Appellant. [926 NYS2d 838]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (McKay, J.), imposed April 24, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Hall and Austin, JJ., concur.